UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 12-cr-26 (03)(JRT)

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **GOVERNMENT'S MOTION FOR ENLARGEMENT OF TIME** |
| v. | |
| CHRISTOPHER LEE WUORI, | |
| Defendant. | |

The United States of America, by and through its attorneys, Andrew M. Luger, United States Attorney for the District of Minnesota, and Andrew R. Winter, Assistant United States Attorney, hereby moves this Court for an enlargement of time to file its response to defendant's motion to reconsider. (Doc. No. 2327.) The government's reply was due on October 25, 2023.

The government needs additional time to file its reply due to present caseload demands.

Therefore, the United States respectfully requests an extension of time of 14 days to November 9, 2023, to prepare and file its response in this matter.

Dated: October 26, 2023

Respectfully submitted,

ANDREW M. LUGER
United States Attorney

*s/ Andrew R. Winter*

By: ANDREW R. WINTER
Assistant U.S. Attorney
Attorney ID No. 0232531